06-763 S+C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GUIDANT SALES CORPORATION
c/o CSC Lawyers Incorporating
SVC, Inc.
150 South Perry Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  D Brown
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
D Brown

C. Date of Delivery
8/30/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2006 SEP -5  A 9: 23
U.S. DISTRICT CT
...ALA

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 0100 0001 7133 4043

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540