IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ERNEST REED, et al,** | |
| Plaintiffs, | |
| vs. | **2:06CV763** |
| **GUIDANT CORPORATION, GUIDANT SALES CORPORATION and JOE DOE DEFENDANTS,** | |
| Defendants. | |

## NOTICE OF APPEARANCE AS COUNSEL

Fred M. Haston III and Andrew B. Johnson of the law firm of Bradley Arant Rose & White LLP hereby enter their appearance as counsel for Defendants Guidant Corporation and Guidant Sales Corporation in this action. Defendants reserve all defenses available to them in this action, including, but not limited to, those included in Fed. R. Civ. P. 12.

Respectfully submitted this the 15th day of September 2006.

Respectfully submitted,

s/ Andrew B. Johnson
Fred M. Haston, III
Andrew B. Johnson
BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: ajohnson@bradleyarant.com
thaston@bradleyarant.com

Attorneys for Defendants Guidant
Corporation and Guidant Sales Corporation

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15th 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kathryn S. Harrington, Esq
>Hollis & Wright P.C.
>505 North 20th Street, Suite 1500
>Birmingham, Alabama 35203
>kathrynh@hollis-wright.com
>*Counsel for Plaintiff*

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>NONE

s/ Andrew B. Johnson