## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE FORD | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| GUIDANT CORPORATION, a corporation, | ) | |
| and GUIDANT SALES CORPORATION, | ) | |
| a corporation, | ) | |
|     Defendants. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff in the above styled action and hereby voluntarily dismisses his case pursuant to 41(a)(1) Federal Rules of Civil Procedure without prejudice.

Respectfully submitted,

s/Kathryn Harrington
KATHRYN HARRINGTON

**OF COUNSEL:**
KATHRYN HARRINGTON
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, AL 35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636
kathrynh@hollis-wright.com
www.hollis-wright.com