**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 21, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Ernest Reed, et al. v. Guidant Corporation, et al.
      Civil Action No. 2:06-cv-763-WKW

Pursuant to the Notice of Dismissal filed by plaintiff Willie Ford on 9/20/2006, this plaintiff has been dismissed as a party plaintiff to this lawsuit.