A CERTIFIED TRUE COPY

OCT 24 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT - 6 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1708

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-19)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 239 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 24 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCAN

OCT 30 2006

U.S. DISTRICT COURT MPLS

SCHEDULE CTO-19 - TAG-ALONG ACTIONS
DOCKET NO. 1708
IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 06-763 | Ernest Reed, et al. v. Guidant Corp., et al. 06-4334 |
| **CALIFORNIA EASTERN** | |
| ~~CAE 1 06-1116~~ | ~~Sallie Everett v. Guidant Corp., et al.~~ Opposed 10/18/06 |
| ~~CAE 1 06-1150~~ | ~~Piero Biondi, et al. v. Boston Scientific Corp., et al.~~ Opposed 10/18/06 |
| ~~CAE 2 06-1945~~ | ~~Randal Notestine v. Guidant Corp., et al.~~ Opposed 10/18/06 |
| ~~CAE 2 06-1960~~ | ~~Ronald Cameron, et al. v. Guidant Corp., et al.~~ Opposed 10/18/06 |
| ~~CAE 2 06-1972~~ | ~~Clifford Hosler, et al. v. Guidant Corp., et al.~~ Opposed 10/18/06 |
| **CALIFORNIA NORTHERN** | |
| ~~CAN 5 06-5244~~ | ~~Alfred Martinez, et al. v. Guidant Corp., et al.~~ Opposed 10/18/06 |
| **CALIFORNIA SOUTHERN** | |
| ~~CAS 3 06-1685~~ | ~~Fred W. Seeger v. Guidant Corp., et al.~~ Opposed 10/18/06 |
| ~~CAS 3 06-1687~~ | ~~Theodore Hardson v. Guidant Corp., et al.~~ Opposed 10/18/06 |
| ~~CAS 3 06-1688~~ | ~~Bennie Shipley v. Guidant Corp., et al.~~ Opposed 10/18/06 |
| **FLORIDA MIDDLE** | |
| FLM 6 06-1285 | Bernard C. Jordahl, et al. v. Guidant Corp., et al. 06-4335 |
| **FLORIDA SOUTHERN** | |
| FLS 0 06-61292 | Anthony J. Andreottola, et al. v. Guidant Corp., et al. 06-4336 |
| FLS 0 06-61293 | Lori L. Chidlers v. Guidant Corp., et al. 06-4337 |
| FLS 0 06-61294 | Lupe Delgado v. Guidant Corp., et al. 06-4338 |
| FLS 2 06-14217 | Nicholas A. Trama, et al. v. Guidant Corp., et al. 06-4339 |
| FLS 9 06-80811 | Seymour E. Goldberg, et al. v. Guidant Corp., et al. 06-4340 |
| **MISSOURI EASTERN** | |
| ~~MOE 4 06-1289~~ | ~~Donald Alexander v. Boston Scientific Corp., et al.~~ Opposed 10/20/06 |
| **NEW YORK EASTERN** | |
| NYE 1 06-4349 | Maurice Pajchert v. Guidant Corp. 06-4341 |
| NYE 2 06-4773 | William Dimase v. Guidant Corp. 06-4343 |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-6496 | Max Pignataro, etc. v. Guidant Corp., et al. 06-4344 |
| **OHIO SOUTHERN** | |
| OHS 1 06-582 | Mary Rose Couch, et al. v. Guidant Corp., et al. 06-4345 |