# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| William Buckner | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff(s) | Case No: 05-1708 (DWF/AJB) |
| v. | |
| GUIDANT CORPORATION, a corporation, and GUIDANT SALES CORPORATION, a corporation, | |
| Defendant(s) | |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Kathryn S. Harrington, currently listed as counsel of record for William Buckner wishes to withdraw as counsel for William Buckner in this case for the following reason(s): client does not want to pursue.

Dated: June 10, 2008

_____
Kathryn S. Harrington