# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 18, 2008

# NOTICE OF DOCKETING  ERROR

**To:**        **ALL COUNSEL OF RECORD**

Case Style:   Ernest Reed, et al.  v. Guidant Corporation, et al.

Case Number:   2:06-cv-763-WKW

Docket Entry Number:    #13 Motion to Withdraw as Counsel

The above referenced Motion was filed in this closed case which was transferred to District of Minnesota on 11/6/2006. The docket entry has been STRICKEN from the record as a docketing error and the parties are instructed to disregard  the entry on the court's docket for this case.