# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| William Buckner | **AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff(s) | Case No:   05-1708 (DWF/AJB) |
| v. | |
| GUIDANT CORPORATION, a corporation, and GUIDANT SALES CORPORATION, a corporation, | |
| Defendant(s) | |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Kathryn S. Harrington, currently listed as counsel of record for William Buckner wishes to withdraw as counsel for William Buckner in this case for the following reason(s): The client does not wish to participate in the settlement and does not want to pursue lawsuit in any capacity.

William Bucker
9519 U.S. Hwy 11 North
Springville, Alabama 35146
205-467-6561

Dated: June 18, 2008

_____
Kathryn S. Harrington

cc:   William Buckner