**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 19, 2008

# NOTICE OF DOCKETING ERROR

To:   ALL COUNSEL OF RECORD

**Case Style:**  Ernest Reed, et al. v. Guidant Corporation, et al.

**Case Number:**   2:06-cv-763-WKW

**Docket Entry Number**:  #15 Amended Motion to Withdraw as Counsel

The above referenced Motion was filed in this closed case which was transferred to District of Minnesota on 11/6/2006. The docket entry has been STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.